# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JOSE M. FERRER,

          Defendant.

Case No. 17-MC-37-JPS

**ORDER**

On February 22, 2018, Plaintiff filed a notice of dismissal of this action. (Docket #11). As Defendant has not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Further, because the notice is silent on the matter of prejudice, the Court must dismiss the case without prejudice. *Id.* 41(a)(1)(B).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of dismissal (Docket #11) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 23rd day of February, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge